**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JAMES AND SUSAN KONDRAT, Plaintiffs
v.
LIFELOCK, INC., Defendant

Case Number:
FILED: JUNE 5, 2008
08 CV 3244    JH
JUDGE DARRAH
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James and Susan Kondrat, Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Paul M. Weiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul M. Weiss | |
| FIRM <br> Freed & Weiss LLC | |
| STREET ADDRESS <br> 111 W. Washington St., Suite 1331 | |
| CITY/STATE/ZIP <br> Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6217260 | TELEPHONE NUMBER <br> 312-220-0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |