**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                     Case Number: 08 CV 3244

JAMES AND SUSAN KONDRAT,
individually and on behalf of others
                    Plaintiff,
    v.
LIFELOCK, INC.
                    Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LIFELOCK, INC.

| |
|---|
| NAME (Type or print) <br> José A. Isasi, II |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ José A. Isasi, II |
| FIRM <br> Greenberg Traurig, LLP |
| STREET ADDRESS <br> 77 West Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP <br> Chicago, IL 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6211214 | TELEPHONE NUMBER <br> (312) 456-8400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐