# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES AND SUSAN KONDRAT,** | ) | |
| **individually and on behalf of others** | ) | **No. 08 CV 3244** |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Judge John W. Darrah** |
| | ) | |
| **v.** | ) | |
| | ) | **Magistrate Judge Cole** |
| **LIFELOCK, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on August 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any Judge that may be sitting in his place and stead, in Courtroom 1203 of the United States Courthouse for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, 60604 and present the **MOTION OF LIFELOCK, INC. PURSUANT TO JOINT STIPULATION TO STAY LITIGATION PENDING RESOLUTION OF LIFELOCK'S MOTION TO TRANSFER AND CONSOLIDATION PURSUANT TO 28 U.S.C.** § 1407, a copy of which is attached and hereby served upon you.


LIFELOCK, INC.


By: /s/ José A.  Isasi, II
One of Its Attorneys

José A. Isasi, II
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-8400

## <u>CERTIFICATE OF SERVICE</u>

I, José A. Isasi, II, an attorney, hereby certify that on August 12, 2008, I caused a copy the

**MOTION OF LIFELOCK, INC. PURSUANT TO JOINT STIPULATION TO STAY**

**LITIGATION PENDING RESOLUTION OF LIFELOCK'S MOTION TO TRANSFER**

**AND CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407** to be served on the attorneys

listed on the attached Service list by placing a copy of the same on or before 5 p.m.  in the U.S.

Mail at 77 West Wacker Drive, Suite 2500, Chicago, Illinois 60601:


/s/ José A.  Isasi, II

<u>SERVICE LIST</u>

Paul M. Weiss
William M. Sweetnam
George K. Lang
Eric C. Brunick
**FREED & WEISS LLC**
111 West Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000

Jonathan Shub
Scott George
**SEEGER WEISS LLP**
1515 Market Street
Suite 1380
Philadelphia, PA 19102

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, BAIN, GILFILLAN,
    CECCHI, STEWART & OLSTEIN**
5 Becker Farm Road
Roseland, New Jersey 07068

Richard J. Burke
**RICHARD J. BURKE LLC**
1010 Market Street
Suite 650
St. Louis, Missouri 63101

**Attorneys for Plaintiffs and Proposed Class**